# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeanne E. Brinkman,                          Civil No. 08-3054 (RHK/FLN)

         Plaintiff,              **DISQUALIFICATION AND
                                              ORDER FOR REASSIGNMENT**

vs.

Wyeth and its divisions, Wyeth Pharmaceuticals,
Inc., Pharmacia & Upjohn Company LLC, f/k/a
Pharmacia & Upjohn Company, Pfizer, Inc.,

         Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 25, 2008

                    s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge